Constance L. COOPER, Petitioner,

v.

**DEPARTMENT OF DEFENSE.,**
Respondent.

No. 00–3397.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2001.

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**VISUAL SECURITY CONCEPTS, INC., Plaintiff–Appellant,**

v.

**KTV, INC., Defendant–Appellee,**

and

**American Institutional Supply, Inc., Defendant,**

and

**Korea Electronics Co., Ltd. and The KEC Group, Defendants.**

No. 00–1574.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2001.

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.